## Commonwealth *v.* Powell, Appellant.

Argued June 11, 1969. *Peter A. Galante,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Joseph M. Hamilton,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Pritchett, Appellant.

Submitted June 9, 1969. *Frank L. Stanley,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed,